SALVATORE SALEMI, as Guardian ad Litem of ANGELA SALEMI, an Infant, and SALVATORE SALEMI, Respondents, v. METROPOLITAN LIFE INSURANCE COMPANY and WILLIAM SIEGLER, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HORACE FORD, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

SAMUEL DOLSON, Respondent, v. 93 PARK ROW CORPORATION, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

ENGINE REBUILDERS, INC., Appellant, v. GOODWIN WELDING CO., INC., and JOSEPH T. GOODWIN, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of THE NEW YORK CENTRAL RAILROAD COMPANY and THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Petitioners, for a Certiorari Order against WILLIAM G. FULLEN and Others, Commissioners, Constituting the Transit Commission, Being the Metropolitan Division of the Department of Public Service of the State of New York, and the TRANSIT COMMISSION, and THE CITY OF NEW YORK, as Intervenor, Respondents.— Order of certiorari unanimously dismissed and determination of the Transit Commission unanimously confirmed, with fifty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Untermyer, J., taking no part.

LUTHER B. McEWING, Respondent, v. WILLIAM M. NEVIN, Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

IDA MEDSUKIS, Respondent, v. SA-MED BRAKE & AUTO SERVICE CORP., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse and dismiss the complaint.

In the Matter of the Petition of RUDOLPH BEHRENS, as Administrator with the Will Annexed of HELEN BEHRENS, Deceased, for a Determination as to the Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of HELEN BEHRENS, Late of Wakefield, Borough and County of Bronx, City and State of New York, Deceased. JULIA SCHEIBLING, THERESA SUTTING and HELEN K. RAST, General Legatees, Appellants; RUDOLPH BEHRENS, as Administrator with the Will Annexed, etc., Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.